UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-04140 |
| | § | |
| **TIMIPAH IKEMI,** | § | |
| | § | |
| **Defendant.** | § | |

### CORPORATE DISCLOSURE AND CITIZENSHIP STATEMENT BY DEFENDANT JPMORGAN CHASE BANK, N.A.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase Bank, N.A., by its undersigned counsel, states as follows:

Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation.  JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.  However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles, and institutional accounts that it or its subsidiaries sponsor, manage, or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

JPMorgan Chase Bank, N.A. is a national banking association with its main office as designated in its Articles of Association, in Ohio, and therefore, is a citizen of Ohio for diversity purposes.

Dated: October 28, 2024

                                            Respectfully submitted,

                                            */s/ Christina M. Carroll*
                                            Christina M. Carroll
                                            Texas Bar No. 24092868
                                            Federal ID No. 3133759
                                            christina.carroll@gtlaw.com
                                            Morgan E. Jones
                                            Texas Bar No. 24132301
                                            Federal ID No. 3835995
                                            morgan.jones@gtlaw.com
                                            **GREENBERG TRAURIG, LLP**
                                            2200 Ross Avenue, Suite 5200
                                            Dallas, Texas 75201
                                            Tel: (214) 665-3600

                                            ***Attorneys for Plaintiff JPMorgan Chase Bank, N.A.***

## CERTIFICATE OF SERVICE

      I hereby certify that this document has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that this document was served via hand delivery along with the Complaint [Dkt. 1] on the date and time of the service of the Summons in a Civil Suit [Dkt. 2] at the following address:

    6322 Ludington Drive
    Houston, TX 77035

                                            */s/ Christina M. Carroll*
                                            Christina M. Carroll