AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-04140

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Timipah Ikemi__
was received by me on *(date)* __12/2/2024__.

☑ I personally served the summons on the individual at *(place)* __6322 Ludington Dr., Houston, Tx. 77035__ on *(date)* __12/9/2024__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __12/9/2024__

*Server's signature* __Nrios__

*Printed name and title* __Nicole Rios   Process Server__

*Server's address* __3936-A Rosedale Ln., Bacliff, Tx 77518__

Additional information regarding attempted service, etc: