# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

JP Morgan Chase Bank, N.A.

v.  Case Number: 4:24–cv–04140

Timipah Ikemi

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/5/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   January 7, 2025                                           Nathan Ochsner, Clerk